IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYRONE SMITH, N01634, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-cv-637-RJD |
| JOHN BALDWIN, et al., | ) |
| Defendants. | ) |

**ORDER**

**DALY, Magistrate Judge:**

This parties announce that they have settled this matter but additional time is needed to finalize settlement documents. The Clerk of Court is **DIRECTED** to enter judgment of dismissal with prejudice 120 days from the date of this Order. Each party shall bear its own costs, unless otherwise provided in the settlement documents. If the parties fail to finalize the settlement within 120 days, they may – before that period expires – move to postpone entry of judgment until a later date. In light of the settlement, the Court **VACATES** all court dates in this case.

**IT IS SO ORDERED.**

**DATED:** September 20, 2022

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**